IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Motion GRANTED.

NORVELL SKIN SOLUTIONS, LLC, )
                                                                                       )
     Plaintiff, )
                                                                                       ) Case No. 2:13-cv-0117
v. )
                                                                                       ) Judge Trauger
SOLAIRE PTY LTD. and ANDREA TAYLOR, ) Magistrate Judge Brown
                                                                                       )
     Defendants. )

**JOINT MOTION FOR PROTECTIVE ORDER**

       Pursuant to Fed. R. Civ. P. 26(c), the parties jointly seek entry of a Protective Order in this case. As grounds for this motion, the parties submit that a Protective Order is necessary to govern the exchange of confidential information. The parties have filed herewith a proposed Agreed Protective Order.

                                                     Respectfully submitted,

                                                     /s/ David L. Johnson
                                                   William R. O'Bryan, Jr.
                                                   David L. Johnson
                                                   BUTLER SNOW LLP
                                                   150 Third Avenue South
                                                   Suite 1600
                                                   Nashville, TN 37219
                                                   (615) 651-6700
                                                   Bill.obryan@butlersnow.com
                                                   David.johnson@butlersnow.com

                                                   Attorneys for Plaintiff