UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **NORVELL SKIN SOLUTIONS, LLC,** ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | Case No. 2:13-cv-0117 |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| **SOLAIRE PTY LTD.,** ) | |
| ) | |
| Defendant/Counter-Plaintiff, ) | |
| ) | |
| And ) | |
| Andrea Taylor, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Solaire's Motion for Partial Dismissal of Counterclaim (Docket No. 37) is **GRANTED IN PART and DENIED IN PART AS MOOT**. To the extent that it is premised on an "improper means" theory of liability, Solaire's tortious interference counterclaim is hereby **DISMISSED WITHOUT PREJUDICE**. By July 28, 2014, Solaire may file an Amended Complaint consistent with the court's findings, to which the plaintiff may respond in the ordinary course.

It is so **ORDERED**.

Enter this 8th day of July 2014.

_____
ALETA A. TRAUGER
United States District Judge

1